JS-6

Michael D. Harris (State Bar No. 59,470)
mharris@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
Phone: (805) 230-1350 x246 • Fax: (805) 230-1355
Attorney for Plaintiff and Counterdefendant Appulate, Inc.

Jonathan G. Fetterly (State Bar No. 228612)
Jon.fetterly@hro.com
Holme Roberts & Owen LLP
777 South Figueroa St., Suite 2800
Los Angeles, CA 90017
Phone: (213) 572-4300 • Fax: (213) 572-4400
Attorneys for Defendants and Counterclaimants ATIN for Small Business, Inc. and James Gilmore

FILED
CLERK, U.S. DISTRICT COURT
DEC - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY __ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| Appulate, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>ATIN For Small Business, Inc., et al.,<br><br>    Defendants.<br><br>And Related Counterclaim | CV-08-01314-AHM(FHO)<br><br>**Order Re Dismissal** [~~Proposed~~] |

The parties have stipulated to dismiss this suit with prejudice. Therefore, it is ordered:

This suit is dismissed with prejudice. Each party will bear its own costs and fees.

**So ordered**:

December 8, 2008

_____
United States District Judge

---

Dismissal                                              -1-